JOEL D. SIEGEL (State Bar No. 155581)
joel.siegel@snrdenton.com
PAUL M. KAKUSKE (State Bar No. 190911)
paul.kakuske@snrdenton.com
MARIE LEGGON WRIGHTEN (State Bar No. 167221)
marie.wrighten@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant
Pitney Bowes Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ANAGNOSTELLIS, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>    vs.<br><br>PITNEY BOWES INC. and DOES 1 through 20, inclusive,<br><br>           Defendant. | No. CV12-0239-PSG (MRWx)<br><br>Hon. Michael R. Wilner<br><br>[~~PROPOSED~~] ORDER RE PROTECTIVE ORDER |

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

[PROPOSED] ORDER RE MARCH 12, 2012 STIPULATION AND [PROPOSED] PROTECTIVE ORDER
30389051\V-1

Having considered the Stipulation and [Proposed] Protective Order filed by Plaintiff and Defendant in this matter on March 12, 2012 (the "Stipulation"), the Court rules as follows:

Pursuant to the Stipulation, the Protective Order is GRANTED.

**IT IS SO ORDERED.**


DATED:  March 14, 2012


   /s/ Judge Wilner
Hon. Michael R. Wilner

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300