JOEL D. SIEGEL (State Bar No. 155581)
joel.siegel@snrdenton.com
PAUL M. KAKUSKE (State Bar No. 190911)
paul.kakuske@snrdenton.com
GLORIA E. LABBAD (State Bar No. 262151)
gloria.labbad@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant
Pitney Bowes Inc.

E-FILED 03/07/13

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ANAGNOSTELLIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PITNEY BOWES INC. and DOES 1 through 20, inclusive,<br><br>Defendant. | No. CV12-0239-PSG (MRWx)<br><br>(Hon. Philip S. Gutierrez)<br><br>[~~PROPOSED~~] JUDGMENT |

1     This action came on for hearing before the Court, on ~~March 18, 2013,~~ Hon.
2 Philip S. Gutierrez, District Judge presiding, on defendant Pitney Bowes Inc.'s
3 Motion for Summary Judgment, and the evidence presented having been fully
4 considered, the issues having been duly heard and a decision having been duly
5 rendered,

6     IT IS ORDERED AND ADJUDGED that the Plaintiff Nicholas
7 Anagnostellis take nothing, that the action be dismissed on the merits and that
8 defendant Pitney Bowes Inc. recover its costs.

9 DATED: \_\_\_\_03/07\_\_\_\_, 2013

**PHILIP S. GUTIERREZ**
Hon. Philip S. Gutierrez
United States District Judge

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-1-

[PROPOSED] JUDGMENT

30397459\V-1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 601 S. Figueroa Street, Suite 2500, Los Angeles, California 90017.

On January 16, 2013, I served the foregoing document, described as **[PROPOSED] JUDGMENT** on the following parties via U.S. Mail and electronic mail:

| | |
|---|---|
| Thomas Peters, Esq.<br>Kiesel, Boucher & Larson LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>Tel: 310-854-4444<br>Fax: 310-854-0812<br>Email: peters@kbla.com | *Attorneys for Plaintiff* |

_____
Russell P. Ritchie